UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 19-CR-04153-LAB |
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | ) | |
| ROBERT EVANS PHARRIS, | ) ) | |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 12/5/2019

_____
HONORABLE LARRY ALAN BURNS
Chief United States District Judge